```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JENISA ANGELES,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :         20-cv-10813 (VSB)
             -against-                                      :
                                                            :              ORDER
GP KNIVES, LLC,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

Plaintiff Jenisa Angeles brought this ADA action on behalf of herself and all others similarly situated.  On February 24, 2021, I entered a consent decree in this case.  (Doc. 12.)  This consent decree is entered into by Jenisa Angeles individually.  (*Id.* ¶ 6.)  To alleviate any confusion, I plan to edit the caption of the consent decree to remove the language "on behalf of herself and all others similarly situated" by March 18, 2021, unless Plaintiff submits a letter indicating why I should not do so.  Accordingly, it is hereby:

ORDERED that the caption on the consent decree with be amended unless Plaintiff submits a letter indicating otherwise by March 18, 2021.

SO ORDERED.

Dated: March 11, 2021
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge